UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HITACHI DATA SYSTEMS CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>THE RICHARDSON COMPANY,<br><br>   Defendant. | Case No. 15-CV-00487-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Stuart Clark, Shayne Thomas
Defendant's Attorney: Cheryl Chang

  An initial case management conference was held on June 24, 2015. A further case management conference is set for September 23, 2015, at 2:00 p.m. The parties shall file their joint case management statement by September 16, 2015.

  The parties are ordered to contact the Court's ADR program by June 25, 2015, to schedule a date for mediation.

  The parties are ordered to exchange initial disclosures by July 3, 2015.

  Defendant's request for an extension of time until July 1, 2015, to file an Answer to Plaintiff's Complaint is GRANTED. No further extensions of time will be granted.

  The Court set the following case schedule:

1

Case No. 15-CV-00487-LHK
CASE MANAGEMENT ORDER

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: July 15, 2015

DEADLINE TO COMPLETE MEDIATION: September 30, 2015

FACT DISCOVERY CUTOFF: January 28, 2016

EXPERT DISCOVERY:
   Opening Reports: February 25, 2016
   Rebuttal Reports: March 10, 2016
   Close of Expert Discovery: March 24, 2016

DISPOSITIVE MOTIONS shall be filed by April 7, 2016, and set for hearing no later than May 19, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: July 21, 2016, at 1:30 p.m.

JURY TRIAL: August 8, 2016, at 9:00 a.m.  Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: June 24, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-00487-LHK
CASE MANAGEMENT ORDER