UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HITACHI DATA SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE RICHARDSON COMPANY,<br><br>Defendant. | Case No. 15-CV-00487-LHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 51 |

Pursuant to the parties' stipulation, ECF No. 51, this action is dismissed in its entirety with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 10, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-00487-LHK
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE